

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

March 7, 1939

Honorable Parks E. McMichael
County Attorney
Linden, Texas

Dear Sir:

Opinion No. O-269

Re: Validity of selection
of County depository bank
whose president is member
of County School Board.

This department is in receipt of your letter of February 24, 1939, requesting an opinion on the question of whether the selection of a bank as county depository, whose president is a member of the County School Board, is illegal.

In a letter opinion dated April 29, 1932, appearing in Volume 333 at page 981, this department, in answering a related question, ruled that a vice-president of a bank which was depository for three independent school districts, two of which contained less than one hundred and fifty scholastics, was not disqualified to serve as a member of the County Board of School Trustees and was not subject to criminal prosecution under Article 373, Penal Code, 1925, by reason of said fact.

Articles 2544 to 2558, inclusive, as amended by H. B. No. 572, Ch. 484, Regular Session, 45th Leg., p. 1298-1318, provide that the County Commissioners' Court of each county shall select, approve and supervise the county depository for such county as therein set out. By the terms of these statutes, the County Board of School Trustees has nothing whatever to do with making or letting the contract with the county depository and exercises no control over the management or supervision of such depository.

Article 2763 provides that in the case of incorporated districts having less than one hundred fifty scholastics, "all funds of such districts shall be kept in the county depositories and paid out on order of the trustees approved by the county superintendent."

Hon. Parks C. McMichael, March 7, 1939, Page 2

Under the provisions of Article 2826, Revised Statutes 1925, and Article 2829, as amended Acts 1931, 42nd Leg., p. 43, Ch. 34, the county depository is made the depository for the funds of common school districts.

Under the provisions of Article 2832, Revised Statutes, 1925, the funds of independent school districts, having more than one hundred and fifty scholastics, are kept in depositories selected and approved by the board of trustees of such independent school district.

As shown by the foregoing statutes, the school funds kept by the county depository are those belonging to common school districts and independent school districts having less than one hundred and fifty scholastics. The County Board of School Trustees is not officially concerned with the management and disbursement of such school funds and has nothing whatever to do with making the contract with the depository bank.

This department is of the opinion that the County Commissioners' Court may legally designate as the county depository, a bank whose president is a member of the County Board of School Trustees.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By  *Cecil C. Cammack*
Cecil C. Cammack
Assistant

CCC:N

APPROVED
*Gerald C. Mann*
ATTORNEY GENERAL OF TEXAS